■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
ANDREW D. BLIM, Appellant. — Appeal from a judgment of the
County Court of Schuyler County (Barrett, J.), rendered August
23, 1982, upon a verdict convicting defendant of the crime of
burglary in the third degree.

When this case was previously before this court, the majority
concluded that reversal was mandated by reason of County
Court's failure to charge trespass in the third degree as a lesser
included offense of burglary in the third degree (98 AD2d 944).
Because of this conclusion, we found it unnecessary to reach the
other issues presented except to note, as to one, that in the
absence of any actual prejudice or a substantial risk thereof,
there was no need to disqualify the District Attorney because he
previously represented defendant on unrelated criminal matters
(*supra,* at p 945). However, the Court of Appeals found no error
in County Court's refusal to charge the lesser included offense
and, accordingly, reversed our order and remitted for our consid-
eration of the other alleged errors (63 NY2d 718). We have now
considered the remaining alleged errors and we find defendant's
arguments to be without merit.

Judgment affirmed. Main, J. P., Casey, Mikoll, Levine and
Harvey, JJ., concur.